**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:

**DIEGO M. RUIZ**                       CASE NO.:  6:15-BK-01167-KSJ

                                        CHAPTER:  13

   **Debtor.**
_____/

**OBJECTION TO CHAPTER 13 PLAN**

Bank Of America, N.A., ("Creditor"), by and through the undersigned counsel, objects to the Chapter 13 Plan ("Plan") [DE # 5] and states as follows:

1) Creditor holds a lien on the following property: 9966 Burgundy Bay St, Orlando, FL 32817.
2) Creditor intends to file a timely Proof of Claim.
3) The Plan proposes to modify Creditor's loan.
4) As Creditor's Claim is secured by the Debtor's principal residence, Creditor objects to any modification of the terms of its mortgage loan pursuant to 11 U.S.C. § 1322(b)(2).
5) The Plan proposes Loss Mitigation Mediation ("LMM") with respect to Creditor's claim. Pursuant to 11 U.S.C. § 1322(b)(2), the terms of the original note and mortgage shall remain in full force and effect unless and until the Creditor and Debtor mutually agree to a loan modification.
6) The plan fails to include the required LMM language indicating that the plan will be amended/modified in accordance with the final decision reached by Creditor.
7) To date, no Motion for Loss Mitigation Mediation has been filed
8) Creditor objects to the proposed Plan treatment.
9) Creditor's claim should be treated as fully-secured until ordered otherwise by the Court.
10) Creditor reserves the right to amend this Objection.

WHEREFORE, Creditor respectfully requests that this Honorable Court sustain the objection and deny confirmation of the Plan.

        Annessa S Kalloo, Esq.
        Albertelli Law
        Attorney for Secured Creditor
        PO Box 23028
        Tampa, FL 33623
        Telephone: (813) 221-4743 ext. 1468
        Facsimile: (813) 221-9171
        bkfl@albertellilaw.com

        By: /s/ Annessa S Kalloo
        Annessa S Kalloo, Esq.
        Florida Bar No.:  87058

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 25th day of March, 2015, I served a copy of the foregoing on the parties listed below.

**SERVICE LIST**

Diego M. Ruiz
9966 Burgundy Bay Street
Orlando, FL 32817

Laurie K. Weatherford
P.O. Box 3450
Winter Park, FL 32790

U.S. Trustee - OrlandoUnited States Trustee - ORL7/13, 7
Office of the United States Trustee
George C. Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

                                                   Annessa S Kalloo, Esq.
                                                   Albertelli Law
                                                   Attorney for Secured Creditor
                                                 PO Box 23028
                                                 Tampa, FL 33623
                                                 Telephone: (813) 221-4743 ext. 1468
                                                 Facsimile: (813) 221-9171
                                                 bkfl@albertellilaw.com

                                                 By: /s/ Annessa S Kalloo
                                                 Annessa S Kalloo, Esq.
                                                 Florida Bar No.: 87058